No. 237. JENKINS ET AL. *v.* UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. John J. Bouhan* and *E. H. Abrahams* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Paul D. Miller, John J. Byrne,* and *Wm. H. Riley, Jr.,* for the United States.

No. 240. ERIE R. Co. *v.* HEALY, ADMINISTRATOR. October 17, 1932. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Herbert A. Taylor* for petitioner. *Mr. Louis L. Waters* for respondent.

No. 241. BLANDAMER *v.* UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Messrs. Charles Henry Butler, George J. Puckhafer,* and *John A. Kratz* for petitioner. *Solicitor General Thacher, Assistant Attorney General Lawrence,* and *Mr. Robert P. Reeder* for the United States.

No. 261. S. LEON & Co. *v.* UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Messrs. Thomas M. Lane* and *Samuel Isenschmid* for petitioner. *Solicitor General Thacher, Assistant Attorney General Lawrence,* and *Mr. Robert P. Reeder* for the United States.

No. 262. FOX RIVER BUTTER Co. *v.* UNITED STATES. October 17, 1932. Petition for writ of certiorari to the